1  JOHNSON FISTEL, LLP
   Frank J. Johnson (SBN 174882)
2  frankj@johnsonfistel.com
   Brett M. Middleton (SBN 199427)
3  brettm@johnsonfistel.com
   655 West Broadway, Suite 1400
4  San Diego, CA 92101
   Telephone: (619) 230-0063
5  Facsimile: (619) 255-1856

6  *Attorneys for Plaintiff*

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOMO WANG, on behalf of himself and a class of similarly situated investors,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OIL FUND, LP, UNITED STATES COMMODITY FUNDS LLC, JOHN P. LOVE, STUART P. CRUMBAUGH, NICHOLAS D. GERBER, ANDREW F NGIM, ROBERT L. NGUYEN, PETER M. ROBINSON, GORDON L. ELLIS, MALCOLM R. FOBES III, ABN AMRO, BNP PARIBAS SECURITIES CORP., CITADEL SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES USA LLC, DEUTSCHE BANK SECURITIES INC., GOLDMAN SACHS & COMPANY, JP MORGAN SECURITIES INC., MERRILL LYNCH PROFESSIONAL CLEARING CORP., MORGAN STANLEY & COMPANY INC., NOMURA SECURITIES INTERNATIONAL INC., RBC CAPITAL MARKETS LLC, SG AMERICAS SECURITIES LLC, UBS SECURITIES LLC, and VIRTU FINANCIAL BD LLC,<br><br>Defendants. | Case No.: 3:20-cv-04596-WHA<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)** |

Named-plaintiff Momo Wang ("Plaintiff") through his undersigned counsel of record, states as follows:

WHEREAS, the above-captioned action was filed on July 10, 2020, and is brought against United States Oil Fund, LP ("USO"), the Sponsor, and the Individual Defendants[1];

WHEREAS, the action alleges violations of Sections 11 and 15 of the 1933 Act, against USO, the Sponsor, and the Individual Defendants;

WHEREAS, defendants have neither answered the complaint nor moved for summary judgment;

WHEREAS, following careful consideration, Plaintiff has elected to voluntarily dismiss this Action without prejudice.  Counsel for Plaintiff and the Individual Defendants have met and conferred concerning this action, and agree that they will each bear their own costs and fees upon Plaintiff's voluntary dismissal of this action without prejudice.  No payment has been made, nor will one be made, to Plaintiff or his attorneys for this dismissal; and

WHEREAS, under Federal Rule of Civil of Procedure 41(a)(1)(A)(i), Plaintiff is entitled to dismiss this action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ."

THEREFORE, Plaintiff, through his undersigned counsel, hereby dismisses this action without prejudice, with all parties to bear their own costs and fees.

Dated: August 4, 2020       JOHNSON FISTEL, LLP

By: _s/ Brett M. Middleton_
BRETT M. MIDDLETON (SBN 199427)

FRANK J. JOHNSON (SBN 174882)
655 West Broadway, Suite 1400
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856
brettm@johnsonfistel.com
frankj@johnsonfistel.com

*Attorneys for Plaintiff*

---

[1] Defendant United States Commodity Funds LLC is "Sponsor".  Defendants Love, Crumbaugh, Gerber, Ngim, Nguyen, Robinson, Ellis, and Fobes are collectively the "Individual Defendants."